# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-1812

_____

Charles Samuel Johnson, Jr.

*Plaintiff - Appellant*

v.

Nurse King, Miller County Detention Center ("MCDC"); Captain Adams, MCDC; Deputy Matthew Hensley; Sergeant B. Griffie; Officer Tefft; Officer Rodriguez

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: November 2, 2021
Filed: November 5, 2021
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Charles Johnson appeals following the district court's[1] adverse grant of summary judgment. After careful review of the record and

_____

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the

the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Jones v. Minn. Dep't of Corr.</u>, 512 F.3d 478, 481 (8th Cir. 2008) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.